**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Lori Quinlan**

    v.                                      Case No. 10-cv-474-PB

**Target Corporation**


**O R D E R**

Plaintiff has filed a motion to reconsider the summary judgment ruling I entered in this case.  As judgment has been entered, his motion is governed by Fed. R. Civ. P. 60.

Counsel blames his failure to object to the motion on stress that he was suffering due to a litany of problems he was experiencing when the objection was due.  Although I have great sympathy for the difficulties that counsel was experiencing, I cannot grant plaintiff the relief she seeks.  Plaintiff could easily have avoided this problem by filing a motion to extend the deadline for filing an objection. Moreover, as defendant's objection demonstrates, counsel's lack of diligence was part of a pattern that resulted in numerous additional delays in the resolution of the case.  Even more important, plaintiff has failed to produce any evidence to call into question the facts on which the summary judgment ruling was based.  Thus, I have no reason to conclude that granting plaintiff relief from the

judgment would be anything other than an "empty exercise." Cassie v. DuBois, 346 F.3d 213, 215 (1st Cir. 2003).

The Motion to Reconsider (Doc. No. 18) is denied.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 6, 2012

cc: Anthony Rozzi, Esq.
    Debra Weiss Ford, Esq.